# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DIANE CHOROSEVIC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:05-CV-2394 CAS |
| ) | |
| METLIFE CHOICES, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on plaintiffs' Motion for Leave to Take Discovery. [Doc. 138] In their motion, plaintiffs seek leave to take discovery with respect to a modified class definition that would expand their proposed class to include members of plans other than the MetLife Choices Plan. The discovery plaintiffs seek is unwarranted for the reasons stated in the Court's Memorandum and Order dated July 26, 2007, including, but not limited to, the fact that the named plaintiffs have standing issues and would not be adequate representatives for participants in plans other than the MetLife Choices Plan. Plaintiffs' motion for leave to take discovery ignores these issues and provides no new circumstances that would warrant changing the Court's prior discovery ruling.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' Motion for Leave to Take Discovery is **DENIED**. [Doc. 138]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this    24th    day of September, 2007.